[No. 8441-4-II. Division Two. February 9, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-

ston County, No. 83-1-00402-4, Gerry L. Alexander, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.